# COMPLAINT FORM
(for filers who are prisoners without lawyers)

**FILED**
12/14/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Cameron Dionne McDade__

vs

(Full name of defendant(s))

__Dental Surgeon__
__Dental Assistant__

Case Number:

1:20-cv-3203-TWP-MPB

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Indiana__, and is located at
    (State)

    __Plainfield Correctional Facility 727 Moon Road Plainfield, In__
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __Dental Surgeon, Dental Assistant__
    (Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)
and (if a person) resides at __727 Moon Road, Plainfield, IN 46168__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for __Plainfield Correctional Facility, 727 Moon Road Plainfield, In 46168__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

The plaintiff Cameron McDade is an inmate at Plainfield Correctional Facility in Plainfield Indiana. On 10/5/20 McDade was escorted from a segregation unit, for a scheduled dentist appointment at the hospital. During a tooth extraction the dental surgeon broke McDade's tooth in an attempt to get it out. McDade was informed of the broken root, an told it should be okay. An if problems were to arise the oral surgeon would be notified to remove the root. On 10/10/20 Dental Assistant was informed by health care

Complaint - 2

form from McDade about serious issues that arise from the surgery. An his need of pain medication. Dental Assistant neglected the importance of McDade medical issue by ignoring the risk of infection, then attempting to cover her tracks. On 10/30/20 McDade was told by the dental surgeon he has develop an infection. The dental surgeon an his dental assistant deliberately refused x-ray an referral to the oral surgeon, as stated on the day of surgery. McDade was told to try and bear the pain for another week, an if things didn't get any better. Then he would be granted the opportunity for an x-ray an to see the oral surgeon. In which is still an on going issue. McDade seeks damages from the dental surgeon and his assistant for the pain an suffering. While ignoring the presence of injury and refusing to provide the proper medical care, as stated in the initial appointment.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Relief wanted if the court declares my lawsuit won. An award of money $17,500 from both defendants. Dental Surgeon, Dental Assistant for a total of $35,000.

E.  JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this _____ day of _December_ 20_20_.

Respectfully Submitted,

_Cameron McDade_
Signature of Plaintiff

_#989018_
Plaintiff's Prisoner ID Number

_Plainfield Correctional Facility_
_727 Moon Road, Plainfield, IN 46168_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.