UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAMERON DIONNE MCDADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-03203-TWP-MPB |
| | ) | |
| GABRIEL CLEMENS, | ) | |
| CONNIE MCCURREY, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendants and against the plaintiff. This action is **dismissed with prejudice**.

Date: 9/22/2022
Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

CAMERON DIONNE MCDADE
2608 Andy Drive
Indianapolis, IN 46229

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com